IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ALEXANDER PITTS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:20-CV-115-WKW |
| MRS. HOWARD, | ) |
| Defendant. | ) |

## ORDER

On February 28, 2022, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 7) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 21st day of March, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE